```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

FRANKIE MONEGRO,

                Plaintiff,

   - against -

STOCK ROVER LLC,

                Defendant.

21-cv-1326 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 21, 2021.

    SO ORDERED.

Dated:    New York, New York
           May 10, 2021

                                        John G. Koeltl
                                  United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 5-11-21