UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANKIE MONEGRO,

               Plaintiff,        21 cv 1326 (JGK)

     - against -            ORDER

STOCK ROVER LLC,

               Defendant.

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for June 3, 2021 is canceled in view of the Scheduling Order entered May 24, 2021.

    SO ORDERED.

Dated:    New York, New York
            June 2, 2021

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-2-21