UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANKIE MONEGRO, on behalf of himself and all others similarly situated,

                Plaintiff,

-v-

STOCK ROVER LLC,

                Defendant.

CIVIL ACTION NO.: 21 Civ. 1326 (JGK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the parties' notice of settlement (ECF No. 23), the settlement conference scheduled for Monday, March 14, 2022 at 3:00 pm is CANCELLED.

Dated:      New York, New York
             February 16, 2022

SO ORDERED.

_/s/ Sarah L. Cave_
**SARAH L. CAVE**
**United States Magistrate Judge**